JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE CASTILLE, an individual, ) | Case No. CV-08-1295-GPS(MANx) |
| ) | |
| Plaintiff, ) | **ORDER REMOVING ACTION FROM** |
| ) | **ACTIVE CASELOAD** |
| v. ) | |
| ) | |
| FATBURGER CORPORATION, a ) | |
| Delaware corporation, and DOES 1 through ) | |
| 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ | |

     By order dated August 4, 2008 , the Court granted Plaintiff's motion to stay case pending binding arbitration.  Because there are now no further proceedings in this Court,

     **IT IS HEREBY ORDERED** that the action be removed from the Court's active caseload until further application by the parties or Order of the Court.

     **IT IS FURTHER ORDERED** that counsel file a quarterly joint status report commencing on **September 8, 2008.**

     This Court retains jurisdiction over the action.

     **IT IS SO ORDERED.**

DATED: August 4, 2008

GEORGE P. SCHIAVELLI
_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE